Christopher R. Miltenberger
Nevada Bar No. 10153
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: miltenbergerc@gtlaw.com

Jeffrey P. Dunning
*Pro Hac Vice* Forthcoming
GREENBERG TRAURIG, LLP
77 West Wacker Drive, Suite 3100
Chicago, IL 60601
Telephone: (312) 456-6612
Facsimile: (312) 899-0351
Email: dunningj@gtlaw.com

Counsel for Defendant PHWLV, LLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Aladdin's Eatery Systems, Inc., an Ohio corporation,<br><br>Plaintiff,<br><br>v.<br><br>PHWLV, LLC a Nevada limited liability company; and OPBIZ, LLC, Nevada limited liability company,<br><br>Defendants. | Case No. 2:18-cv-00412 APG-GWF<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR DEFENDANT PHWLV, LLC TO RESPOND TO COMPLAINT FOR DECLARATORY JUDGMENT**<br><br>**(First Request)** |

Pursuant to LR IA 6-1, LR IA 6-2, and LR 7-1, Defendant PHWLV, LLC ("PHWLV") and Plaintiff Aladdin's Eatery Systems, Inc. ("Plaintiff"), by and through their respective counsel, hereby agree to extend the deadline for Defendant PHWLV to plead or otherwise respond to Plaintiff's Complaint for Declaratory Judgment (Dkt. #1) ("Complaint") until May 10, 2018, and request that the Court enter an Order approving the same.

On March 20, 2018, PHWLV was served with process with respect to the Complaint in the above-captioned matter. PHWLV recently obtained counsel and has requested an extension

of time of approximately thirty (30) days in order to evaluate the allegations set forth in the Complaint and the factual circumstances underlying such allegations. PHWLV further agrees that service of process on PHWLV was proper and that all objections thereto are waived. Plaintiff is agreeable to the requested extension as a matter of professional courtesy. This is the parties' first stipulation for an extension of time for Defendant PHWLV to respond to the Complaint.

Based on the foregoing, the parties respectfully request that the Court enter an order extending the deadline for Defendant PHWLV to plead or otherwise respond to the Complaint until May 10, 2018.

Dated: April 10, 2018

By: /s/ Christopher R. Miltenberger
Christopher R. Miltenberger
Nevada Bar No. 10153
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, NV 89169

Jeffrey P. Dunning
*Pro Hac Vice* Forthcoming
GREENBERG TRAURIG, LLP
77 West Wacker Drive, Suite 3100
Chicago, IL 60601

*Counsel for Defendant PHWLV, LLC*

Dated: April 10, 2018

By: [signature]
Edward T. Saadi, Esq. (admitted pro hac vice)
EDWARD T. SAADI, LLC
970 Windham Court, Suite 7
Boardman, OH 44512

Jeffrey A. Cogan
Nevada Bar No. 4569
JEFFREY A. COGAN, ESQ., LTD.
6900 Westcliff Drive, Suite 502
Las Vegas, Nevada 89145

*Attorneys for Plaintiff Aladdin's Eatery Systems, Inc.*

IT IS SO ORDERED:

_____
UNITED STATES
MAGISTRATE/DISTRICT JUDGE

DATED: 4-11-2018

Page 2 of 2

CHI 69130807v1