Christopher R. Miltenberger
Nevada Bar No. 10153
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: miltenbergerc@gtlaw.com

Jeffrey P. Dunning
*Pro Hac Vice*
GREENBERG TRAURIG, LLP
77 West Wacker Drive, Suite 3100
Chicago, IL 60601
Telephone: (312) 456-6612
Facsimile: (312) 899-0351
Email: dunningj@gtlaw.com

Counsel for Defendant PHWLV, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Aladdin's Eatery Systems, Inc., an Ohio corporation,<br><br>Plaintiff,<br><br>v.<br><br>PHWLV, LLC a Nevada limited liability company; and OPBIZ, LLC, Nevada limited liability company,<br><br>Defendants. | Case No. 2:18-cv-00412 APG-GWF<br><br>**MOTION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR DEFENDANTS TO RESPOND TO COMPLAINT FOR DECLARATORY JUDGMENT**<br><br>**(First request via motion following one request via stipulation)** |

Defendant PHWLV, LLC ("PHWLV"), by and through its attorneys of record, hereby file this Motion and [Proposed] Order to Extend Deadline for Defendants To Respond to Complaint For Declaratory Judgment ("Motion"). This Motion is made and based upon Local Rule LR IA 6-1, the following Memorandum of Points and Authorities, the pleadings and papers on file.

## MEMORANDUM OF POINTS AND AUTHORITIES

### I. INTRODUCTION

Defendant PHWLV respectfully requests this Court grant its Motion and [Proposed] Order

to Extend Deadline for Defendants To Respond to Complaint For Declaratory Judgment ("Motion") to permit the parties sufficient time to exhaust their efforts to reach a resolution of this matter. The parties have discussed settlement and PHWLV has tendered a settlement proposal to plaintiff. PHWLV is hopeful this matter will resolve in short order. However, should this matter proceed, PHWLV respectfully requests additional time to assess whether a sufficient basis exists to bring a motion pursuant to FRCP 12(b). This is Defendant's first motion to extend time following the parties' prior stipulation (Doc. 11). Defendant submits this Motion in good faith and not for purposes of delay.

## II.   FACTUAL AND LEGAL ANALYSIS

On March 20, 2018, PHWLV was served with process with respect to the Complaint in the above-captioned matter. Shortly thereafter, PHWLV obtained counsel and requested an extension of time in order to evaluate the allegations set forth in the Complaint and the factual circumstances underlying such allegations. On April 10, 2018, the parties entered into a stipulation extending the deadline for PHWLV to respond to the Complaint until May 10, 2018. (Doc. 11), which the Court granted (Doc. 12). After the Court granted the parties' stipulation, settlement discussions ensued. Presently, PHWLV awaits a response from Plaintiff regarding PHWLV's most recent settlement proposal. PHWLV is hopeful Plaintiff will accept said proposal, concluding this matter. Thus, in good faith, and in an effort to forgo unnecessary litigation and in the interests of judicial economy, PHWLV submits the instant Motion, and requests that the Court grant it until <u>June 8, 2018</u> to respond to the Complaint. Should the matter not settle, a brief extension of time is still warranted and PHWLV requests the same in order to assess whether it has sufficient basis to bring a motion pursuant to FRCP 12(b) motion. This is PHWLV's first motion to extend time following the parties' one and only stipulation for the same. (Doc. 11). The relief requested herein will not prejudice Plaintiff. At this juncture, Plaintiff has agreed to extend the time for PHWLV to respond until May 18, 2018. However, this matter is in its infancy and PHWLV respectfully requests the full 30 day extension.

/ / /

CHI 69226778v1

## III. CONCLUSION

WHEREFORE, based on the foregoing, PHWLV respectfully requests that the Court grant an extension of time to file a response to the Complaint up to and including June 8, 2018.

DATED this 10th day of May, 2018.

GREENBERG TRAURIG, LLP

*/s/ Alayne M. Opie (NV Bar 12623) for:*
Christopher R. Miltenberger
Nevada Bar No. 10153
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada 89169

Jeffrey P. Dunning
*Pro Hac Vice*
GREENBERG TRAURIG, LLP
77 West Wacker Drive, Suite 3100
Chicago, IL 60601

*Counsel for Defendant PHWLV, LLC*

**IT IS SO ORDERED:**

*/s/ George Foley Jr.*
UNITED STATES MAGISTRATE JUDGE

**DATED:** 5-11-2018

Page 3 of 3

CHI 69226778v1