EDWARD T. SAADI, Esq.
Ohio Bar No. 0075775
EDWARD T. SAADI, LLC
970 Windham Ct., Ste. 7
Boardman, OH 44512
Telephone: 330.782.1954
Facsimile: 330.266.7489
edwardsaadi@aol.com
(Attorney has complied with LR IA 11-2)

JEFFREY A. COGAN, Esq.
Nevada Bar No. 004569
JEFFREY A. COGAN, ESQ., LTD.
6900 Westcliff Drive, Suite 502
Las Vegas, NV 89145
Telephone: 702.474.4220
Facsimile: 702.474.4228
jeffrey@jeffreycogan.com
*Attorneys for Plaintiff Aladdin's Eatery Systems, Inc.*

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALADDIN'S EATERY SYSTEMS, INC., an Ohio corporation, <br><br> Plaintiff, <br><br> v. <br><br> PHWLV, LLC, a Nevada limited liability company; and OPBIZ, LLC, a Nevada limited liability company, <br><br> Defendants. | CASE NO: 2:18-CV-00412 APG-GWF <br><br> Judge Andrew P. Gordon <br> Magistrate George Foley, Jr. <br><br> **MOTION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(1) AND 12(b)(6)** <br><br> **(First Request)** |

Plaintiff, Aladdin's Eatery Systems, Inc. ("AES"), by and through counsel, hereby requests a 14-day extension of time to respond to Defendant PHWLV, LLC's **Motion to Dismiss Plaintiff's Complaint Pursuant to Fed. R. Civ. R. 12(b)(1) and 12(b)(6)** [*Document #21*], which was filed on June 8, 2018. This Motion is made and based upon Local Rule LR IA 6-1, the attached Memorandum, and the pleadings and papers on file.

1

## MEMORANDUM OF POINTS AND AUTHORITIES

Plaintiff AES respectfully requests this Court grant its **Motion and [Proposed] Order to Extend Deadline for Plaintiff to Respond to Motion to Dismiss Plaintiff's Complaint Pursuant to Fed. R. Civ. P.12(b)(1) and 12(b)(6)**. This is the Plaintiff's first motion to extend time. Plaintiff submits this Motion in good faith and not for purposes of delay.

Defendant PHWLV, LLC has agreed to this request for a 14-day extension.

PHWLV, LLC's Motion presents complex issues regarding jurisdiction and construction of the Declaratory Judgment Act, 28 U.S.C. §§2201 *et seq*. AES requires additional time to fully research the issues, consult with counsel on the underlying facts, and prepare a proper response.

WHEREFORE, Plaintiff respectfully requests that its deadline to respond to PHWLV, LLC's **Motion to Dismiss Plaintiff's Complaint Pursuant to Fed. R. Civ. R. 12(b)(1) and 12(b)(6)** be extended to July 6, 2018.

DATED this 19th day of June, 2018.    **EDWARD T. SAADI, LLC**

By: **/s/ Edward T. Saadi**
Edward T. Saadi, Esq.
Ohio Bar No. 0075775
970 Windham Ct., Ste. 7
Boardman, OH 44512
Telephone: 330.782.1954
Facsimile: 330.266.7489
edwardsaadi@aol.com
(Attorney has complied with LR IA 11-2)

**IT IS SO ORDERED.**

_____
United States District Judge
Dated: June 19, 2018

JEFFREY A. COGAN, Esq.
Nevada Bar No. 004569
JEFFREY A. COGAN, ESQ., LTD.
6900 Westcliff Drive, Suite 502
Las Vegas, NV 89145
Telephone: 702.474.4220
Facsimile: 702.474.4228
jeffrey@jeffreycogan.com
*Attorneys for Plaintiff*
*Aladdin's Eatery Systems, Inc.*