Christopher R. Miltenberger
Nevada Bar No. 10153
GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: miltenbergerc@gtlaw.com

Jeffrey P. Dunning
*Pro Hac Vice*
GREENBERG TRAURIG, LLP
77 West Wacker Drive, Suite 3100
Chicago, IL 60601
Telephone: (312) 456-6612
Facsimile: (312) 899-0351
Email: dunningj@gtlaw.com

*Counsel for Defendant PHWLV, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Aladdin's Eatery Systems, Inc., an Ohio corporation,<br><br>           Plaintiff,<br>v.<br><br>PHWLV, LLC a Nevada limited liability company; and OPBIZ, LLC, Nevada limited liability company,<br><br>           Defendants. | Case No. 2:18-cv-00412 APG-GWF<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND DEADLINE FOR DEFENDANT PHWLV, LLC TO RESPOND TO AMENDED COMPLAINT FOR DECLARATORY JUDGMENT**<br><br>**(Second Request)** |

Pursuant to LR IA 6-1, LR IA 6-2, and LR 7-1, Defendant PHWLV, LLC ("PHWLV") and Plaintiff Aladdin's Eatery Systems, Inc ("Plaintiff"), by and through their respective counsel, hereby stipulate and agree to extend the deadline for Defendant PHWLV to plead or otherwise respond to Plaintiff's Amended Complaint for Declaratory Judgment (Doc. #31) ("Amended Complaint") until June 10, 2019, and request that the Court enter an Order approving the same.

On March 22, 2019, the Court entered an Order (Doc. #30) granting PHWLV's Motion to Dismiss Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) (Doc. #21), and providing Plaintiff until April 12, 2019 to file an Amended Complaint.

*ACTIVE 43636244v1*

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

On April 12, 2019, Plaintiff timely filed its Amended Complaint (Doc. #31).

On April 24, 2019, the Court entered an Order on the parties' stipulation granting PHWLV an extension of time to respond to the Amended Complaint (Doc. #35).

PHWLV has requested an additional extension until June 10, 2019 in which to further analyze Plaintiff's claims, prepare an appropriate response, and to enable the parties to pursue further discussions regarding potential settlement.   This is PHWLV's second request for an extension of its deadline to respond to the Amended Complaint. Plaintiff has agreed to the requested extension as a matter of professional courtesy.

This Stipulation is entered into in good faith and is not intended to delay these proceedings. The parties will not be prejudiced by this Stipulation and the parties are in agreement with respect to PHWLV's requested extension.

///

///

///

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

*ACTIVE 43636244v1*

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

Based on the foregoing, good cause exists to grant PHWLV's request and the parties respectfully request that the Court enter an order extending the deadline for PHWLV to plead or otherwise respond to the Amended Complaint until June 10, 2019.

Dated:  May 28, 2019

Dated:  May 28, 2019

By: /s/ Christopher R. Miltenberger
    Christopher R. Miltenberger
    Nevada Bar No. 10153
    GREENBERG TRAURIG, LLP
    10845 Griffith Peak Drive
    Suite 600
    Las Vegas, NV 89135

    Jeffrey P. Dunning
    *Pro Hac Vice*
    GREENBERG TRAURIG, LLP
    77 West Wacker Drive, Suite 3100
    Chicago, IL 60601

    *Attorneys for Defendant PHWLV, LLC*

By: /s/ Edeward T. Saadi
    Edward T. Saadi, Esq.
    *Pro Hac Vice*
    EDWARD T. SAADI, LLC
    970 Windham Court, Suite 7
    Boardman, OH 44512

    Jeffrey A. Cogan
    Nevada Bar No. 4569
    JEFFREY A. COGAN, ESQ., LTD.
    6900 Westcliff Drive, Suite 502
    Las Vegas, Nevada 89145

    *Attorneys for Plaintiff Aladdin's Eatery Systems, Inc.*

**IT IS SO ORDERED:**

UNITED STATES MAGISTRATE JUDGE

**DATED:** May 29, 2019

*ACTIVE 43636244v1*