EDWARD T. SAADI, Esq.
Ohio Bar No. 0075775
EDWARD T. SAADI, LLC
970 Windham Ct., Ste. 7
Boardman, OH 44512
Telephone: 330.782.1954
Facsimile: 330.266.7489
edwardsaadi@aol.com
(Attorney has complied with LR IA 11-2)

JEFFREY A. COGAN, Esq.
Nevada Bar No. 004569
JEFFREY A. COGAN, ESQ., LTD.
4760 South Pecos Road, Suite 200
Las Vegas, NV 89121
Telephone: 702.474.4220
Facsimile: 702.474.4228
jeffrey@jeffreycogan.com

*Attorneys for Plaintiff Aladdin's Eatery Systems, Inc.*

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALADDIN'S EATERY SYSTEMS, INC., an Ohio corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PHWLV, LLC, a Nevada limited liability company; and OPBIZ, LLC, a Nevada limited liability company,<br><br>　　　　Defendants. | **CASE NO: 2:18-CV-00412 APG-GWF**<br><br>Judge Andrew P. Gordon<br>Magistrate George Foley, Jr.<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFF TO FILE AN OPPOSITION TO DEFENDANT PHWLV, LLC'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(1) AND 12 (b)(6) (Doc. #40)**<br><br>**(First Request)** |

Pursuant to Local Rules IA 6-1, IA 6-2, and IA 7-1, Plaintiff Aladdin's Eatery Systems, Inc. ("Plaintiff") and Defendant PHWLV, LLC ("PHWLV"), by and through their respective counsel, hereby stipulate and agree to extend the deadline for Plaintiff to file an opposition to

1

PHWLV's Motion to Dismiss Plaintiff's Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) filed June 10, 2019 (Doc. #40) ("Motion to Dismiss") until July 24, 2019, and request that the Court enter an Order approving the same.

On April 12, 2019, Plaintiff timely filed its Amended Complaint (Doc. #31).

On April 24, 2019, the Court entered an Order on the parties' stipulation granting PHWLV an extension of time to respond to the Amended Complaint (Doc. #35).

On June 10, 2019, PHWLV filed its Motion to Dismiss Plaintiff's Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) (Doc. #40).

Plaintiff requests an extension until July 24, 2019 to further analyze the Motion to Dismiss, prepare an appropriate response, and to enable the parties to pursue further discussions regarding potential settlement. This is Plaintiff's first request for an extension of its deadline to file an opposition to Motion to Dismiss. PHWLV has agreed to the requested extension as a matter of professional courtesy.

This Stipulation is entered into in good faith and is not intended to delay these proceedings. The parties will not be prejudiced by this Stipulation and the parties are in agreement with respect to Plaintiff's requested extension.

[THIS SPACE INTENTIONALLY LEFT BLANK]

Based on the foregoing, good cause exists to grant Plaintiff's request and the parties respectfully request that the Court enter an order extending the deadline for Plaintiff to file an opposition to the Motion to Dismiss until July 24, 2019.

Dated: June 19, 2019                                              Dated: June 19, 2019

By: /s/ Jeffrey P. Dunning                                   .    By: /s/ Edward T. Saadi                                   .
    Christopher R. Miltenberger, Esq.                          Edward T. Saadi, Esq.
    Nevada Bar No. 10153                                         (Attorney has complied with LR IA 11-2)
    GREENBERG TRAURIG, LLP                                       EDWARD T. SAADI, LLC
    10845 Griffith Peak Drive                                    970 Windham Court, Suite 7
    Suite 600                                                    Boardman, OH 44512
    Las Vegas, NV 89135

    Jeffrey P. Dunning, Esq.                                     Jeffrey A. Cogan, Esq.
    (Attorney has complied with LR IA 11-2)                      Nevada Bar No. 4569
    GREENBERG TRAURIG, LLP                                       JEFFREY A. COGAN, ESQ., LTD.
    77 West Wacker Drive, Suite 3100                             4760 South Pecos Road, Suite 200
    Chicago, IL 60601                                            Las Vegas, NV 89121

    *Attorneys for Defendant PHWLV, LLC*                         *Attorneys for Plaintiff Aladdin's Eatery Systems, Inc.*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE
Dated: June 20, 2019.