1 Christopher R. Miltenberger
Nevada Bar No. 10153
2 GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
3 Las Vegas, Nevada 89135
Telephone: (702) 792-3773
4 Facsimile:  (702) 792-9002
5 Email:  miltenbergerc@gtlaw.com

6 Jeffrey P. Dunning
*Pro Hac Vice*
7 GREENBERG TRAURIG, LLP
77 West Wacker Drive, Suite 3100
8 Chicago, IL 60601
Telephone: (312) 456-6612
9 Facsimile: (312) 899-0351
10 Email: dunningj@gtlaw.com

11
*Counsel for Defendant PHWLV, LLC*
12

13 **UNITED STATES DISTRICT COURT**

14 **DISTRICT OF NEVADA**

15 | Aladdin's Eatery Systems, Inc., an Ohio corporation, | Case No. 2:18-cv-00412 APG-GWF |

16
Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR DEFENDANT PHWLV, LLC TO RESPOND TO AMENDED COMPLAINT FOR DECLARATORY JUDGMENT [ECF 31]** |
17 v.
18 PHWLV, LLC a Nevada limited liability company; and OPBIZ, LLC,  Nevada
19 limited liability company,
20
Defendants. | **(Third Request)** |
21

22

23         Pursuant to LR IA 6-1, LR IA 6-2, and LR 7-1, Defendant PHWLV, LLC ("PHWLV")

24 and Plaintiff Aladdin's Eatery Systems, Inc. ("Plaintiff"), by and through their respective

25 counsel, hereby stipulate and agree to extend the deadline for Defendant PHWLV to plead or

26 otherwise respond to Plaintiff's Amended Complaint for Declaratory Judgment (Doc. #31)

27 ("Amended Complaint") until August 5, 2020, and request that the Court enter an Order

28

*ACTIVE 51284448v3*

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

1    approving the same. This is the parties' third request for an extension of the deadline to respond

2    to the Amended Complaint since the entry of the Court's Order on PHWLV's Motion to Dismiss

3    Amended Complaint on April 20, 2020 (Doc. #48).

4        On March 22, 2019, the Court entered an Order (Doc. #30) granting PHWLV's Motion to

5    Dismiss Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) (Doc. #21), and

6    providing Plaintiff until April 12, 2019 to file an Amended Complaint.

7        On April 12, 2019, Plaintiff timely filed its Amended Complaint (Doc. #31).

8        On June 10, 2019, PHWLV filed a Motion to Dismiss the Amended Complaint (Doc.

9    #40), which motion was thereafter fully briefed by the parties.

10       On April 20, 2020, the Court entered an Order (Doc. #48) denying PHWLV's Motion to

11   Dismiss Amended Complaint. On April 29, 2020, the Court entered an Order (Doc. #52)

12   approving the parties' stipulation to extend the time for PHWLV to respond to Plaintiff's

13   Amended Complaint to June 4, 2020, in light of ongoing settlement discussions.  On June 8,

14   2020, the Court entered an Order (Doc. #54) approving the parties' stipulation to extend the time

15   for PHWLV to respond to Plaintiff's Amended Complaint to July 6, 2020, again in light of

16   ongoing settlement discussions.

17       The parties' settlement discussions are still ongoing, and the parties have reached an

18   agreement in principle to resolve their dispute and dismiss this action.  As a result, PHWLV has

19   requested an additional extension until August 5, 2020 to enable the parties to finalize the terms

20   of settlement.  This is PHWLV's third request for an extension of its deadline to respond to the

21   Amended Complaint since the entry of an Order denying PHWLV's Motion to Dismiss

22   Amended Complaint.  Plaintiff has agreed to the requested extension as a matter of professional

23   courtesy and in light of the parties' ongoing settlement discussions.

24       This Stipulation is entered into in good faith and is not intended to delay these

25   proceedings. The parties will not be prejudiced by this Stipulation and the parties are in

26   agreement with respect to PHWLV's requested extension.

27   ///

28
ACTIVE 51284448v3

1    Based on the foregoing, good cause exists to grant PHWLV's request and the parties

2  respectfully request that the Court enter an order extending the deadline for PHWLV to plead or

3  otherwise respond to the Amended Complaint until August 5, 2020.

4  Dated:  July 6, 2020                          Dated:  July 6, 2020

5

6  By:  _/s/ Christopher R. Miltenberger_        By:  _/s/  Edward t. Saadi_
       Christopher R. Miltenberger                    Edward T. Saadi, Esq.
7      Nevada Bar No. 10153                           *Pro Hac Vice*
       GREENBERG TRAURIG, LLP                         EDWARD T. SAADI, LLC
8      10845 Griffith Peak Drive, Suite 600           970 Windham Court, Suite 7
       Las Vegas, NV 89135                            Boardman, OH 44512
9
       Jeffrey P. Dunning                             Jeffrey A. Cogan
10     *Pro Hac Vice*                                 Nevada Bar No. 4569
       GREENBERG TRAURIG, LLP                         JEFFREY A. COGAN, ESQ., LTD.
11     77 West Wacker Drive, Suite 3100               4760 South Pecos Road, Suite 100
       Chicago, IL 60601                              Las Vegas, Nevada  89121
12
13     *Attorneys for Defendant PHWLV,*              *Attorneys for Plaintiff Aladdin's Eatery*
       *LLC*                                         *Systems, Inc.*
14

15

16
                                                  **IT IS SO ORDERED:**
17

18

19                                                **UNITED STATES**
                                                  **MAGISTRATE/DISTRICT JUDGE**
20
                                                  **DATED:**  _July 7, 2020_
21

22

23

24

25

26

27

28
                                  Page 3 of 3
   *ACTIVE 51284448v3*