Christopher R. Miltenberger
Nevada Bar No. 10153
GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: miltenbergerc@gtlaw.com

Jeffrey P. Dunning
*Pro Hac Vice*
GREENBERG TRAURIG, LLP
77 West Wacker Drive, Suite 3100
Chicago, IL 60601
Telephone: (312) 456-6612
Facsimile: (312) 899-0351
Email: dunningj@gtlaw.com

*Counsel for Defendant PHWLV, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Aladdin's Eatery Systems, Inc., an Ohio corporation,<br><br>　　　　　　　Plaintiff,<br>v.<br><br>PHWLV, LLC a Nevada limited liability company; and OPBIZ, LLC, Nevada limited liability company,<br><br>　　　　　　　Defendants. | Case No. 2:18-cv-00412 APG-GWF<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR DEFENDANT PHWLV, LLC TO RESPOND TO AMENDED COMPLAINT FOR DECLARATORY JUDGMENT [ECF 31]**<br><br>**(Fourth Request)** |

Pursuant to LR IA 6-1, LR IA 6-2, and LR 7-1, Defendant PHWLV, LLC ("PHWLV") and Plaintiff Aladdin's Eatery Systems, Inc. ("Plaintiff"), by and through their respective counsel, hereby stipulate and agree to extend the deadline for Defendant PHWLV to plead or otherwise respond to Plaintiff's Amended Complaint for Declaratory Judgment (Doc. #31) ("Amended Complaint") until September 4, 2020, and request that the Court enter an Order

ACTIVE 51797860v1

approving the same. This is the parties' fourth request for an extension of the deadline to respond to the Amended Complaint since the entry of the Court's Order on PHWLV's Motion to Dismiss Amended Complaint on April 20, 2020 (Doc. #48).

On March 22, 2019, the Court entered an Order (Doc. #30) granting PHWLV's Motion to Dismiss Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) (Doc. #21), and providing Plaintiff until April 12, 2019 to file an Amended Complaint.

On April 12, 2019, Plaintiff timely filed its Amended Complaint (Doc. #31).

On June 10, 2019, PHWLV filed a Motion to Dismiss the Amended Complaint (Doc. #40), which motion was thereafter fully briefed by the parties.

On April 20, 2020, the Court entered an Order (Doc. #48) denying PHWLV's Motion to Dismiss Amended Complaint. On April 29, 2020, the Court entered an Order (Doc. #52) approving the parties' stipulation to extend the time for PHWLV to respond to Plaintiff's Amended Complaint to June 4, 2020, in light of ongoing settlement discussions.  On June 8, 2020, the Court entered an Order (Doc. #54) approving the parties' stipulation to extend the time for PHWLV to respond to Plaintiff's Amended Complaint to July 6, 2020, again in light of ongoing settlement discussions.  On July 7, 2020, the Court entered an Order (Doc. #56) approving the parties' stipulation to extend the time for PHWLV to respond to Plaintiff's Amended Complaint to August 5, 2020, again in light of ongoing settlement discussions.

The parties have now reached a settlement to resolve their dispute and to dismiss this action.  The parties are in the process of obtaining signatures from their respective clients on the definitive settlement documents and need additional time in order to finalize the same.  As a result, PHWLV has requested an additional extension until September 4, 2020 to enable the parties to obtain signatures on the settlement and to secure dismissal of this action.  This is PHWLV's fourth request for an extension of its deadline to respond to the Amended Complaint since the entry of an Order denying PHWLV's Motion to Dismiss Amended Complaint. Plaintiff has agreed to the requested extension in light of the parties' settlement.

ACTIVE 51797860v1

This Stipulation is entered into in good faith and is not intended to delay these proceedings. The parties will not be prejudiced by this Stipulation and the parties are in agreement with respect to PHWLV's requested extension.

Based on the foregoing, good cause exists to grant PHWLV's request and the parties respectfully request that the Court enter an order extending the deadline for PHWLV to plead or otherwise respond to the Amended Complaint until September 4, 2020.

Dated: August 5, 2020                                                          Dated: August 5, 2020

By: */s/ Christopher R. Miltenberger*
    Christopher R. Miltenberger
    Nevada Bar No. 10153
    GREENBERG TRAURIG, LLP
    10845 Griffith Peak Drive, Suite 600
    Las Vegas, NV 89135

    Jeffrey P. Dunning
    *Pro Hac Vice*
    GREENBERG TRAURIG, LLP
    77 West Wacker Drive, Suite 3100
    Chicago, IL 60601

    *Attorneys for Defendant PHWLV, LLC*

By: */s/ Edward T. Saadi*
    Edward T. Saadi, Esq.
    *Pro Hac Vice*
    EDWARD T. SAADI, LLC
    970 Windham Court, Suite 7
    Boardman, OH 44512

    Jeffrey A. Cogan
    Nevada Bar No. 4569
    JEFFREY A. COGAN, ESQ., LTD.
    4760 South Pecos Road, Suite 100
    Las Vegas, Nevada 89121

    *Attorneys for Plaintiff Aladdin's Eatery Systems, Inc.*

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE/DISTRICT JUDGE**

**DATED:** August 6, 2020

ACTIVE 51797860v1

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002