Christopher R. Miltenberger
Nevada Bar No. 10153
GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile:  (702) 792-9002
Email:  miltenbergerc@gtlaw.com

Jeffrey P. Dunning
*Pro Hac Vice*
GREENBERG TRAURIG, LLP
77 West Wacker Drive, Suite 3100
Chicago, IL 60601
Telephone: (312) 456-6612
Facsimile: (312) 899-0351
Email: dunningj@gtlaw.com

*Counsel for Defendant PHWLV, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Aladdin's Eatery Systems, Inc., an Ohio corporation,<br><br>                  Plaintiff,<br><br>v.<br><br>PHWLV, LLC a Nevada limited liability company; and OPBIZ, LLC, Nevada limited liability company,<br><br>                  Defendants. | Case No. 2:18-cv-00412 APG-GWF<br><br>**STIPULATION AND [PROPOSED] ORDER TO STAY DEADLINE FOR DEFENDANT PHWLV, LLC TO RESPOND TO AMENDED COMPLAINT FOR DECLARATORY JUDGMENT [ECF 31]**<br><br>**(Fifth Request)** |

Pursuant to LR IA 6-1, LR IA 6-2, and LR 7-1, Defendant PHWLV, LLC ("PHWLV") and Plaintiff Aladdin's Eatery Systems, Inc. ("Plaintiff"), by and through their respective counsel, hereby stipulate and agree to stay the deadline for Defendant PHWLV to plead or otherwise respond to Plaintiff's Amended Complaint for Declaratory Judgment (Doc. #31) ("Amended Complaint") until further order from the Court, and request that the Court enter an

ACTIVE 52468856v2

Order approving the same. This is the parties' fifth request for an extension of the deadline to respond to the Amended Complaint since the entry of the Court's Order on PHWLV's Motion to Dismiss Amended Complaint on April 20, 2020 (Doc. #48).

On March 22, 2019, the Court entered an Order (Doc. #30) granting PHWLV's Motion to Dismiss Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) (Doc. #21), and providing Plaintiff until April 12, 2019 to file an Amended Complaint.

On April 12, 2019, Plaintiff timely filed its Amended Complaint (Doc. #31).

On June 10, 2019, PHWLV filed a Motion to Dismiss the Amended Complaint (Doc. #40), which motion was thereafter fully briefed by the parties.

On April 20, 2020, the Court entered an Order (Doc. #48) denying PHWLV's Motion to Dismiss Amended Complaint. On April 29, 2020, the Court entered an Order (Doc. #52) approving the parties' stipulation to extend the time for PHWLV to respond to Plaintiff's Amended Complaint to June 4, 2020, in light of ongoing settlement discussions.  On June 8, 2020, the Court entered an Order (Doc. #54) approving the parties' stipulation to extend the time for PHWLV to respond to Plaintiff's Amended Complaint to July 6, 2020, again in light of ongoing settlement discussions.  On July 7, 2020, the Court entered an Order (Doc. #56) approving the parties' stipulation to extend the time for PHWLV to respond to Plaintiff's Amended Complaint to August 5, 2020, again in light of ongoing settlement discussions.  On August 7, 2020, the Court entered an Order (Doc. #58) approving the parties' stipulation to extend the time for PHWLV to respond to Plaintiff's Amended Complaint to September 4, 2020, in light of the parties' agreement on terms of settlement.

Plaintiff and PHWLV have reached a settlement to resolve their dispute and have executed definitive settlement documents.  Pursuant to their settlement, Plaintiff has agreed to dismiss its claims against PHWLV with prejudice after the Court issues an order granting Plaintiff's pending Renewed Motion for Default Judgment against Defendant OpBiz, LLC (Doc. #61).  Accordingly, the parties stipulate and agree that PHWLV should not have to respond to Plaintiff's Amended Complaint while that motion remains pending.

This is PHWLV's fifth request for an extension of its deadline to respond to the Amended Complaint since the entry of an Order denying PHWLV's Motion to Dismiss Amended Complaint.  Plaintiff stipulates and agrees that a stay of PHWLV's deadline to respond to the Amended Complaint is warranted and consistent with the terms agreed to by the parties in their settlement. This Stipulation is entered into in good faith and is not intended to delay these proceedings. The parties will not be prejudiced by this Stipulation and the parties are in agreement with respect to PHWLV's requested extension.

Based on the foregoing, good cause exists to grant PHWLV's request, and the parties respectfully request that the Court enter an order staying the deadline for PHWLV to plead or otherwise respond to the Amended Complaint until further order of the Court.

Dated:  September 10th , 2020

By: /s/ Christopher R. Miltenberger
Christopher R. Miltenberger
Nevada Bar No. 10153
GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135

Jeffrey P. Dunning
*Pro Hac Vice*
GREENBERG TRAURIG, LLP
77 West Wacker Drive, Suite 3100
Chicago, IL 60601

*Attorneys for Defendant PHWLV, LLC*

Dated:  September 10th , 2020

By: /s/ Edward T. Saadi
Edward T. Saadi, Esq.
*Pro Hac Vice*
EDWARD T. SAADI, LLC
970 Windham Court, Suite 7
Boardman, OH 44512

Jeffrey A. Cogan
Nevada Bar No. 4569
JEFFREY A. COGAN, ESQ., LTD.
4760 South Pecos Road, Suite 100
Las Vegas, Nevada  89121

*Attorneys for Plaintiff Aladdin's Eatery Systems, Inc.*

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE/DISTRICT JUDGE**

DATED: September 16, 2020

ACTIVE 52468856v2