Christopher R. Miltenberger
Nevada Bar No. 10153
GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: miltenbergerc@gtlaw.com

Jeffrey P. Dunning
*Pro Hac Vice*
GREENBERG TRAURIG, LLP
77 West Wacker Drive, Suite 3100
Chicago, IL 60601
Telephone: (312) 456-6612
Facsimile: (312) 899-0351
Email: dunningj@gtlaw.com

*Counsel for Defendant PHWLV, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Aladdin's Eatery Systems, Inc., an Ohio corporation,<br><br>Plaintiff,<br><br>v.<br><br>PHWLV, LLC a Nevada limited liability company; and OPBIZ, LLC, Nevada limited liability company,<br><br>Defendants. | Case No. 2:18-cv-00412 APG-GWF<br><br>**STIPULATION AND [PROPOSED] ORDER TO DISMISS WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), LR IA 6-2, and LR 7-1, Plaintiff Aladdin's Eatery Systems, Inc. ("Plaintiff") and Defendant PHWLV, LLC ("PHWLV"), by and through their respective counsel, being the only parties who have made an appearance in this action and having reached an agreement to resolve all outstanding issues between them, hereby stipulate to DISMISS all claims asserted against PHWLV in the above-captioned matter

WITH PREJUDICE.  The parties stipulate and agree that each party shall bear its own respective attorneys' fees, costs and expenses in connection with and related to the above-captioned matter.

Dated:  November 4th , 2020                    Dated:  November 4th , 2020

By: */s/ Christopher R. Miltenberger*          By: */s/ Edward T. Saadi*
    Christopher R. Miltenberger                         Edward T. Saadi, Esq.
    Nevada Bar No. 10153                                *Pro Hac Vice*
    GREENBERG TRAURIG, LLP                               EDWARD T. SAADI, LLC
    10845 Griffith Peak Drive, Suite 600                 970 Windham Court, Suite 7
    Las Vegas, NV 89135                                  Boardman, OH 44512

    Jeffrey P. Dunning                                   Jeffrey A. Cogan
    *Pro Hac Vice*                                       Nevada Bar No. 4569
    GREENBERG TRAURIG, LLP                               JEFFREY A. COGAN, ESQ., LTD.
    77 West Wacker Drive, Suite 3100                     4760 South Pecos Road, Suite 100
    Chicago, IL 60601                                    Las Vegas, Nevada  89121

    *Attorneys for Defendant PHWLV, LLC*                 *Attorneys for Plaintiff Aladdin's Eatery Systems, Inc.*

**IT IS SO ORDERED:**

_____
**ANDREW P. GORDON**
**UNITED STATES DISTRICT JUDGE**

DATED:  November 5, 2020